UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>RAMON AGUILAR CAMPOS, JR.,<br>a/k/a Ramon Campos Aguilar,<br>Jr.,<br><br>                    Defendant. | No. CR-07-6016-WFN<br><br>ORDER DENYING DEFENDANT'S<br>MOTION TO RECONSIDER |

At the May 25, 2007, hearing on Defendant's Motion to Reconsider (Ct. Rec. 27), Assistant U.S. Attorney Robert A. Ellis appeared for the United States. Defendant was present with retained counsel Brett Billingsley. Family members were also present. Both sides argued.

The United States, in seeking Defendant's detention, contended Defendant, if released, would present a risk of flight and a danger to the safety of the community. Based on the Pretrial Services Report[1] and proffer of the parties, the court finds Defendant has a

---

[1] Consistent with 18 U.S.C. § 3153(c), the court considered the Pretrial Services Report. The Pretrial Services Report has been returned to the confidential files of the United States Probation Office. On review of this Order, the Pretrial Services Report will be made available to the court and to the parties.

ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER - 1

significant criminal history, including multiple failures to appear, violations for failure to comply, and prior convictions for drug/alcohol related offenses.  In addition, Defendant allegedly attempted to avoid apprehension and possessed two handguns, which he tried to conceal, at the time of his arrest in this matter.

There is no chemical dependency assessment before the Court.  There also may be pending state warrants issued after defendant was in federal custody.  While those warrants may have been unavoidable in light of the federal custody, nevertheless the warrants would have to be resolved prior to release if defendant were to seek release following assessment.  In addition, there are questions as to the appropriateness of the residence plan in light of the pending state charge of assault with a deadly weapon.

**IT IS ORDERED** that the Defendant's Motion to Reconsider **(Ct. Rec. 27)** is **DENIED**.

DATED May 25, 2007.

                    s/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE