UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR-07-6016-WFN |
| v. | ) ORDER DENYING DEFENDANT'S </br> ) MOTION |
| RAMON AGUILAR CAMPOS, JR., </br> a/k/a Ramon Campos Aguilar, Jr., | ) |
| Defendant. | ) |

At the June 28, 2007, hearing on Defendant's Motion to set release conditions (Ct. Rec. 33), Defendant was present with counsel Douglas Phelps. Assistant U.S. Attorney Robert A. Ellis represented the United States. The United States opposed Defendant's release.

The court has reviewed Defendant's Motion, the Chemical Dependency Evaluation, the Pretrial Services Report, and file documents. The matter was taken under advisement to permit supplementation by Pretrial Services and comment by the parties. The undersigned has reviewed the Supplemental Pretrial Services report and the filed comments by the parties.

The court finds Defendant has completed a chemical dependency evaluation. In addition, the court notes that there are children living in the residence where defendant proposes living. There are allegations in the criminal Complaint that defendant allegedly pointed a firearm at a minor child. In addition, it appears there

ORDER DENYING DEFENDANT'S MOTION - 1

are two outstanding felony arrest warrants which would be served on defendant at the time of his release.

**IT IS ORDERED** Defendant's Motion **(Ct. Rec. 33)** is **DENIED**.

**IT IS FURTHER ORDERED** the United States Marshal shall keep Defendant in custody until notified by the District Court Executive or judicial officer that Defendant has posted bond and/or complied with all other conditions for release. Until such time, Defendant shall be produced before the appropriate judicial officer at the time and place specified.

DATED July, 2007.

                        s/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION - 2