PROB 12C
(7/93)

Report Date: October 15, 2010

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 19 2010

JAMES R. LARSEN                    DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ramon Campos Aguilar          Case Number: 2:07CR06016-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 12/4/2007

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 18 Months; TSR - 36        Type of Supervision: Supervised Release
                       Months

Asst. U.S. Attorney:   Robert A. Ellis                     Date Supervision Commenced: 8/18/2008

Defense Attorney:      Douglas D. Phelps                   Date Supervision Expires: 8/17/2011

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Ramon Aguilar has been identified as a suspect involved in a robbery and assault in Kennewick, Washington, on October 5, 2010. According to the incident report information, Mr. Aguilar and two other subjects were involved in assaulting an individual. The victim sustained multiple facial fractures and the victim's car was stolen. The incident allegedly occurred due to a drug debt. The defendant has been charged with first degree robbery in Benton County Superior Court, under case number 10-1-01055-0, and currently has an outstanding warrant for his arrest.

2       **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: As disclosed in violation number 1, Mr. Aguilar and two other individuals have been charged with robbery in an incident in which the victim was assaulted and his vehicle stolen. One of the individuals involved in the incident with the defendant,

Prob12C
Re: Aguilar, Ramon Campos
October 15, 2010
Page 2

Dorothy Jones, has a felony record for controlled substance possession and residential burglary. The second individual, Fernando Pulido, has a criminal history involving assault and felony convictions for controlled substances, stolen property, and firearms. Mr. Aguilar did not have prior permission from his supervising probation officer to associate with these people.

This officer has attempted to contact the defendant via telephone at his current residence, with his sister, and at his girlfriends residence. He has not returned telephone calls and his whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/18/2010

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/19/10
Date