PROB 12C
(7/93)

Report Date: July 11, 2011

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

JUL 1 2 2011

### Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Ramon Campos Aguilar | Case Number: 2:07CR06016-001 |
| Address of Offender: | Unknown | |

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 12/4/2007

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 18 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: 8/18/2008 |
| Defense Attorney: | To be Determined | Date Supervision Expires: 8/17/2011 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/18/2010.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| 4 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |
| 5 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer. |

**Supporting Evidence**: The following information addresses violations 3, 4, and 5:

Ramon Aguilar is considered in violation of his term of supervised release as he failed to contact this officer of his living arrangements as required. He then failed to report to U.S. Probation in November 2010, and his whereabouts were unknown.

Mr. Aguilar reported to the U.S. Probation Office on October 5, 2010. He indicated he wanted to move as soon as he could from his sister's residence to his girlfriends house at 7711 Cordero Drive in Pasco, Washington. Mr. Aguilar was instructed to notify this officer when he moved to the new residence.

Prob12C
Re: Aguilar, Ramon Campos
July 11, 2011
Page 2

On October 14 and 15, 2010, this officer called Mr. Aguilar's sister's residence and left voice mail messages on both occasions instructing the defendant to call me regarding his whereabouts. Mr. Aguilar failed to return my calls. This officer also contacted the defendant's girlfriend's residence and was advised by a female that the defendant had been staying there, but had not been there for a few days. This officer asked the female to notify Mr. Aguilar that he needed to contact me as soon as he could. To date, Mr. Aguilar has not contacted this officer or U.S. Probation.

Mr. Aguilar was subsequently charged with a robbery offense in Benton County Superior Court case 10-1-01055-0. Due to the defendant's new law violations, a violation report was submitted on the instant Federal offense on October 18, 2010. The Court issued a warrant on October 19, 2010.

On July 2, 2011, Ramon Aguilar was arrested on his Federal warrant in the Southern District of California. He was arrested as he was crossing into the United States from Mexico. Mr. Aguilar is considered in violation of his term of supervised released as he did not have prior permission to leave the Eastern District of Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/11/2011

s/San Juanita B. Coronado

San Juanita B. Coronado
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

Signature of Judicial Officer

July 12 2011
Date